## RODNEY VS. CITY TO USE OF YOUNG.

3w      505
.37SC    373

A municipal claim may be filed without being signed by the party or his attorney.

An affidavit of defence by the reputed owner that he has no interest in the property against which the claim is filed is insufficient.

Error to Common Pleas No. 4 of Philadelphia County. No. 30 July Term, 1883.

A *scire facias sur* municipal claim for paving was issued entitled, City to use of Thomas Young vs. J. Duval Rodney,

trustee, owner, &c.    An affidavit of defence was filed as follows:

J. D. Rodney, the defendant, files the following suggestion and affidavit of defence to the *sci. fa. sur* claim, as above stated, being duly sworn according to law, deposes and, says that he is neither the owner nor trustee of the premises against which the claim is filed, and further that the claim as filed ·is insufficient to support a *sci. fa.*, because it is not signed by the plaintiff, nor an attorney in fact, nor by a member of the bar, all of which he expects to prove at the trial of the case.

J. D. Rodney, Esq., for plaintiff in error.

J. S. Price, Esq., *contra*, cited Delaney vs. Gault, 30 Pa., 67; Wistar vs. City, 86 Pa., 215; Emrick vs. Dicken, 92 Pa., 78; Shaw vs. Barnes, 5 Pa., 20.

The Supreme Court affirmed the judgment of the Common Pleas, on January 28th, 1884, in the following opinion,

PER CURIAM:

All the facts averred in the affidavit of defense constitute no defense to the action of *scire facias*. There was no motion to strike off the claim filed. The city ratified the action of whoever filed it, by issuing this *sci. fa.* on the claim. Still further the affidavit avers that the plaintiff in error is neither the owner nor trustee of the premises against which the claim is filed. If this be so, he had no right to intervene. The judgment is *in rem.* only. As there is no personal liability he can·have no legal interest in the result.

Judgment affirmed.